IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STEPHEN N. LISSON, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL NO. A-03-CA-142 JN |
| ING GROEP N.V. a/k/a ING GROUP AND ING FINANCIAL HOLDINGS CORPORATION | § § § § | |
| Defendants. | § § | |

## MOTION FOR ENTRY OF AGREED ORDER DENYING PLAINTIFF'S RULE 60(b)(4) MOTION AND DISMISSING ALL CLAIMS WITH PREJUDICE

Comes now, the undersigned party and moves the Court to enter the Agreed Order Denying Plaintiff's Rule 60(b)(4) Motion and Dismissing all Claims with Prejudice, filed simultaneously with this Motion.

Respectfully submitted,

*Mary Dietz* (signature)
Mary Schaerdel Dietz
State Bar No. 03741500
mdietz@fulbright.com
C. Ashley Callahan
State Bar No. 24027545
acallahan@fulbright.com
600 Congress Ave., Suite 2400
Austin, Texas 78701
Telephone (512) 474-5201
Facsimile (512) 536-4598
**COUNSEL FOR DEFENDANTS**

55141419_1.DOC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing documents was served on the following on this the 29th day of November, 2007, as follows:

Mr. Stephen N. Lisson       *VIA FACSIMILE (473-7120)*
P. O. Box 2013
Austin, Texas 78768-2013

*Mary Dietz*
Mary Schaerdel Dietz

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| STEPHEN N. LISSON, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL NO. A-03-CA-142 JN |
| ING GROEP N.V. a/k/a ING GROUP AND ING FINANCIAL HOLDINGS CORPORATION | § § § § § | |
| Defendants. | § § | |

## AGREED ORDER DENYING PLAINTIFF'S RULE 60(b)(4) MOTION AND DISMISSING ALL CLAIMS WITH PREJUDICE

This case has been closed since the Court entered an order dismissing all claims against all parties without prejudice on July 22, 2003. This order was not appealed, and no motion for reconsideration was filed. On November 15, 2007, Stephen N. Lisson filed a Rule 60(b)(4) motion requesting that this case be reinstated on the ground the Court allegedly did not have jurisdiction to dismiss certain claims.

Mr. Lisson and "Initiate Publications" (an entity for whom Mr. Lisson originally purported to assert claims) are hereafter referred to collectively as "Plaintiffs." Plaintiffs asserted claims against both ING Groep, N.V. and ING Financial Holdings Corporation. ING Groep, N.V. and ING Financial Holdings Corporation are hereafter referred to collectively as "Defendants."

The Court has been advised that all matters in controversy have been settled, and that the consideration for the settlement has been paid in full. It has been requested that the Court enter a

55138357_1.DOC

Judgment that the Plaintiffs take nothing, that the Rule 60(b)(4) motion be denied, and that all court costs be taxed against the party incurring same. Accordingly, the Court FINDS and ADJUDGES as follows.

The Court FINDS that ING Groep, N.V. has not entered an appearance in this case and is not entering an appearance at this time. The Court further FINDS that ING Groep, N.V. has not submitted to the jurisdiction of the Court.

It is ADJUDGED that the Rule 60(b)(4) motion pending before the Court is hereby DENIED.

It is ADJUDGED that the Plaintiffs take nothing by reason of this suit against the Defendants, and that all costs of court be taxed against the party incurring same.

It is ADJUDGED that the Plaintiffs are denied all relief not expressly granted by this Judgment, whether the relief was requested or whether it could have been requested in this case.

It is ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to the rights of Plaintiffs to re-file same.

This is a final judgment.

SIGNED this _____ day of _____ 2007.

_____
UNITED STATES DISTRICT JUDGE

**AGREED:**

_____
Stephen N. Lisson
**PRO SE PLAINTIFF**

_____
Mary Schaerdel Dietz
    State Bar No. 03741500
    mdietz@fulbright.com
C. Ashley Callahan
    State Bar No. 24027545
    acallahan@fulbright.com
600 Congress Ave., Suite 2400
Austin, Texas 78701
Telephone (512) 474-5201
Facsimile (512) 536-4598
**COUNSEL FOR ING FINANCIAL HOLDINGS CORPORATION**